ACCEPTED
04-15-00304-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/21/2015 1:59:02 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00304-CR

IN THE
FOURTH COURT OF APPEALS
OF TEXAS
AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/21/2015 1:59:02 PM
KEITH E. HOTTLE
Clerk

**BRIAN KEITH GORHAM,**
Appellant

VS.

**THE STATE OF TEXAS**,
Appellee

## ENTRY OF APPEARANCE AS LEAD COUNSEL
## FOR APPELLANT

TO THE HONORABLE COURT OF APPEALS:

On May 14, 2015, the Honorable Mary Roman, Judge Presiding, 175th Judicial District of Texas, appointed the Bexar County Public Defender's Office to represent the Appellant in the direct appeal in the above styled and numbered cause. Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, **Richard B. Dulany, Jr.**, Assistant Public Defender, hereby notifies the Court that he enters his appearance as lead counsel for the Appellant on behalf of the Bexar County Public Defender's Office.

Respectfully submitted,

/s/ Richard B. Dulany, Jr.

_____

RICHARD B. DULANY, JR.
Assistant Public Defender
Bexar County Public Defender's Office
101 W. Nueva, Suite 310
San Antonio, Texas 78205
(210) 335-0701
FAX (210) 335-0707
richard.dulany@bexar.org
Texas Bar No. 06196400

ATTORNEY FOR APPELLANT


## CERTIFICATE OF SERVICE AND COMPLIANCE

I HEREBY CERTIFIY that a true and correct copy of the above and foregoing

notice has been served electronically on the Bexar County District Attorney's

Office, Appellate Division, Paul Elizondo Tower, 101 W. Nueva St., Suite 710, San

Antonio, Texas 78205, on **May 21, 2015**. The word count is 224.

/s/ Richard B. Dulany, Jr.

_____

RICHARD B. DULANY, JR.